# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00172-CV

**Doria Rollmann and Edwin Rollmann, Appellants**

**v.**

**Educap, Inc., Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 393365, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Doria Rollmann and Edwin Rollmann have informed this Court that they no longer wish to pursue this appeal and have filed an unopposed motion to dismiss it. Appellants' counsel states that he has conferred with counsel for appellee Educap, Inc., which does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellants' Motion

Filed:  September 12, 2014